

# NUMBER 13-19-00591-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN THE INTEREST OF I.M.V., A CHILD

On appeal from the 267th District Court
of Victoria County, Texas.

## ORDER TO FILE APPELLEE'S BRIEF

**Before Chief Justice Contreras and Justices Longoria and Perkes
Order Per Curiam**

This cause is before the Court on the Texas Department of Family and Protective Services' (Department) first motion for extension of time to file its brief. This Court, having fully examined and considered the Department's motion, is of the opinion that, in the interest of justice, the Department's first motion for extension of time to file its brief should be granted pursuant to this order.

Appeals in parental termination and child protection cases are governed by the rules of appellate procedure for accelerated appeals and include additional expedited

deadlines and procedures. *See* TEX. R. APP. P. 28.4; TEX. R. JUD. ADMIN. 6.2(a), *reprinted in* TEX. GOV'T CODE ANN., tit.2, subtit. F app. The appellee's brief is due 20 days after the date the appellant's brief was filed. TEX. R. APP. P. 38.6(a), (b). The intermediate appellate courts are directed to ensure "as far as reasonably possible" that appeals are brought to final disposition within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2(a). In accordance with the limited time for consideration of these appeals, this Court requires strict adherence to the briefing rules in appeals of parental termination cases, such as this appeal, and looks with disfavor upon the delay caused by requests for extensions of time to file the brief. *See* TEX. R. APP. P. 38.6; *see also id.* R. 28.4.

The Department's first motion for extension of time to file its brief is hereby GRANTED, and the Department is hereby ORDERED to file its appellate brief with this Court on or before 5:00 p.m. on January 15, 2020. Further motions for extension of time will not be favorably entertained by this Court, absent truly extraordinary circumstances alleged and supported by appropriate argument, authority, and any necessary evidence.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
3rd day of January, 2020.